CRAIG WILKE (150728)
craig@craigwilkelaw.com
2677 N. Main Street, Suite 830
Santa Ana, California 92705-6623
Telephone (714) 571-0202
Facsimile (714) 571-0220

GEORGE L. STEELE (189399)
gsteele@glslaw.net
127 N. Madison Avenue, Suite 24
Pasadena, California 91101
Telephone (626) 405-4860
Facsimile (626) 388-9759

Attorneys for Defendant
LUZ JANET GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 07-1172(C)-DDP |
|---|---|
| Plaintiff, | ) **MOTION TO STRIKE EXHIBITS;** |
| v. | ) **MEMORANDUM OF POINTS AND AUTHORITIES** |
| LUZ JANET GONZALEZ, | ) |
| Defendant. | ) |

Defendant Luz Janet Gonzalez, by and through her attorneys of record Craig Wilke and George L. Steele, hereby moves to strike Exhibit A to the Declaration of Ronald Schloegel, and Exhibit D to the Declaration of Nili Moghaddam which the government has submitted in support of its Opposition to Defendant Janet Gonzalez's Motion to Suppress Defendant's Post-Arrest Statement and Motion to Suppress Evidence (Doc. 1557).

/

/

/

1  Exhibit A to the Declaration of Ronald Schloegel is a three-page FBI report of
2  investigation on June 16, 2009.  Exhibit D to the Declaration of Nili Moghaddam
3  consists of 104 pages of LAPD reports and records for the period December 30,
4   1991, to April 16, 2005.  Ms. Gonzalez moves to strike these exhibits as hearsay.
5  This motion is based on the attached memorandum of points and authorities,
6  the files and records in the case, and any additional evidence and argument that may
7  be presented to the Court.

        Respectfully Submitted,

Dated: August 11, 2011

        /s/
CRAIG WILKE
Attorney for Defendant
Luz Janet Gonzalez

## MEMORANDUM OF POINTS AND AUTHORITIES

In support of its opposition to Defendant Luz Janet Gonzalez's Motion to Suppress Evidence and Motion to Suppress Defendant's Post-Arrest Statement, the government filed voluminous law enforcement reports and related records. Specifically, the government filed a three-page FBI report of investigation which relates to Ms. Gonzalez's arrest and the subsequent search of her apartment that is the subject of the motion to suppress, *see* Exh. A to Schloegel Decl, to bolster the declaration of FBI Special Agent Ronald Schloegel. *See* Gov't Opp. at 2-7, 18. Additionally, the government filed 104 pages of LAPD reports and related records pertaining to Ms. Gonzalez's prior arrests between December 1991 and April 2005, *see* Exh. D to Moghaddam Decl., to support its argument that Ms. Gonzalez's past encounters with the police demonstrate her capability of understanding her *Miranda* rights. *See* Gov't Opp. at 26-27.

The Ninth Circuit has held that "the Federal Rules of Evidence apply in pretrial suppression proceedings . . . ." *United States v. Brewer*, 947 F.2d 404, 410 (9th Cir. 1991). Reports and records maintained by law enforcement agencies are obviously hearsay. Fed. R. Evid. 801(c). They are not admissible under the hearsay exception for public records and reports because this is a criminal case, and the reports and records document "matters observed by police officers and other law enforcement personnel . . . ." Fed. R. Evid. 803(8). Accordingly, Agent Schloegel's report and the LAPD reports and records should be stricken as hearsay. Fed. R. Evid. 802.

Respectfully Submitted,

Dated: August 11, 2011

/s/
CRAIG WILKE
Attorney for Defendant
Luz Janet Gonzalez